NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MARIO BUFORD,**
*Petitioner*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent*

———————————

2023-1878

———————————

Petition for review of the Merit Systems Protection Board in No. AT-0752-22-0550-I-1.

———————————

**JUDGMENT**

———————————

NEKEISHA CAMPBELL, Alan Lescht and Associates, PC, Washington, DC, argued for petitioner. Also represented by JENNIE CATHRYNE BLAINE WATSON.

KARA WESTERCAMP, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, HUGHES and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

Jarrett B. Perlow
Clerk of Court

October 18, 2024
Date